**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

| | |
|---|---|
| NICHO A. SIMON, | |
| Plaintiff, | CIVIL ACTION NO.: 4:23-cv-322 |
| v. | |
| UNKNOWN, | |
| Defendant. | |

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's December 22, 2023, Report and Recommendation, (doc. 6), to which plaintiff has not filed an objection.   The Court **ADOPTS** the Report and Recommendation as its opinion.   Plaintiff's Complaint is **DISMISSED**.   (Doc. 1.)   His Motion to Proceed *In Forma Pauperis* is **DISMISSED** as moot.   (Doc. 2.)   The Clerk is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 29th day of January, 2024.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA