AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

NICHO A. SIMON,

Plaintiff,

**JUDGMENT IN A CIVIL CASE**

**v.**

CASE NUMBER: 4:23-cv-322

UNKNOWN,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that pursuant to the Order dated January 29, 2024, adopting the Report and Recommendation of the Magistrate Judge as the opinion of the Court, Simon's complaint is DISMISSED. This case stands closed.

Approved by: _____

January 30, 2024
*Date*

John E. Triplett, Clerk of Court
*Clerk*

*(By) Deputy Clerk*

GAS Rev 10/2020